IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2019 MAR 27  P 1:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kwatez Demond Lewis
_____
Plaintiff(s),

v.

State of Alabama
_____
Defendant(s).

CIVIL ACTION NO. 2:19-CV-217-WKW-SMD

JURY DEMAND (MARK ONE)
☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 2624 Burkelayn Dr 36111 Montgomery Alabama (2) ~~8032 Tolliver Dr 6334-5427~~ (334) 301-4227

2. Name and address of defendant(s): State of Alabama Montgomery Courthouse 251 S Lawrence St 36104

3. Place of alleged violation of civil rights: _____

4. Date of alleged violation of civil rights: February 8, 2013

5. State the facts on which you base your allegation that your constitutional rights have been violated: My 8th amendment have been violated in which I've been charged with crimes that never happened and 2 of which are misdemeanors that are recognized under this state. I've been charged as an adult from crimes which I have been incarcerated as a felony which is cruel and unusual

1

6. Relief requested: I want all charges including convictions Dropped to a lesser included offense or dismissed

Date: 3/27/2019

Kuater Demond Lewis
Plaintiff(s) Signature