IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KUATEZ DEMOND LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-217-WKW |
| | ) | [WO] |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 3, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED.

Final judgment will be entered separately.

DONE this 20th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE